**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>John E. Latham, Jr.<br>Maureeen A. Costello<br><br>Debtor(s) | Case No.: 12-23055<br>Chapter: 13<br>Hearing Date: 11/28/16<br><br>Judge Deborah L. Thorne |

## NOTICE OF MOTION

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
John E. Latham, Jr., Maureeen A. Costello, Debtor(s), 9252 South Utica, Evergreen Park, IL 60805
Martin J. O'Hearn, Attorney for Debtor(s), 10047 S. Western Avenue, Chicago, IL 60643 by electronic notice through ECF

PLEASE TAKE NOTICE that on 11/28/16, at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Deborah L. Thorne, Bankruptcy Judge, at the Everett McKinley Dirksen Building, 219 South Dearborn, Courtroom 744, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on November 17, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on November 17, 2016.

    /s/ Gloria Tsotsos
    Attorney for Objector

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-16-14698)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on November, 17, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on November 17, 2016.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
John E. Latham, Jr., Maureeen A. Costello, Debtor(s), 9252 South Utica, Evergreen Park, IL 60805
Martin J. O'Hearn, Attorney for Debtor(s), 10047 S. Western Avenue, Chicago, IL 60643 by electronic notice through ECF

/s/  Gloria Tsotsos
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-13176)**

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

John E. Latham, Jr.
Maureen A Costello

Case No.: 12-23055
Chapter: 13
Hearing Date: 11/28/16

Debtor(s)   Judge: Deborah L. Thorne

## MOTION TO EXTEND TIME

**NOW COMES** DITECH FINANCIAL LLC , (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) filed by the Trustee, and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 9252 S. Utica, Evergreen Park, Illinois 60805;

3. On 10/27/16, the Trustee filed and served a Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f);

4. Pursuant to Fed. R. Bankr. P. 3002.1(g), the 21 day deadline for Movant to file and serve its Response the Trustee's Notice expires on November 17, 2016;

5. Movant is in the process of preparing its Response but requires additional time to complete, file and serve its Response;

**WHEREFORE,** DITECH FINANCIAL LLC  prays this Court enter an Order pursuant to Fed. R. Bank. P. 9006(b) extending the time for Movant to file its Response to the Trustee's Notice of Final Mortgage Cure Under Rule 3002.1(f), and for such other and further relief as this Court may deem just and proper.

Dated this November 17, 2016.

                                                              Respectfully Submitted,
                                                              Codilis & Associates, P.C.

                                                              By: /s/ Gloria Tsotsos

                                                              Berton J. Maley ARDC#6209399
                                                              Rachael A. Stokas ARDC#6276349
                                                              Gloria C. Tsotsos ARDC#6274279
                                                              Jose G. Moreno ARDC#6229900
                                                              Peter C. Bastianen ARDC#6244346
                                                              Joel P. Fonferko ARDC#6276490
                                                              Maria A. Georgopoulos ARDC#6281450
                                                             **Codilis & Associates, P.C.**
                                                              15W030 North Frontage Road, Suite 100
                                                              Burr Ridge, IL 60527
                                                              (630) 794-5300
                                                              **C&A FILE (14-10-13176)**

NOTE: This law firm is deemed to be a debt collector.